UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

Judge David R. Herndon

**This Document Relates to:**

ORDER

*Laura Thomas v. Bayer Corp., et al.* No. 3:10-cv-11388-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 10) the order of dismissal entered on February 23, 2011 (Doc. 9) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 10). Bayer is not opposed to Plaintiff's motion (Doc. 11). Accordingly, the Court hereby **vacates** the Order dismissing without prejudice Plaintiff Laura Thomas's case and thereby **reinstates** her case. **SO ORDERED:**

David R. Herndon
2011.03.11
16:24:55 -06'00'

**Chief Judge**
**United States District**

Date: March 11, 2011